_____

No. 96-2410
_____

United States of America,       *
                                *
          Appellee,             *
                                * Appeal from the United States
     v.                         * District Court for the
                                * Eastern District of Arkansas.
Gerald Adolphus Wroten,         *
                                *      **[UNPUBLISHED]**
          Appellant.            *


_____

          Submitted:  December 10, 1996

             Filed:  December 13, 1996
_____

Before FAGG, FLOYD R. GIBSON, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Having reviewed the record and the parties' briefs, we reject
Wroten's contention that the district court improperly assessed a
two-level enhancement for obstruction of justice.  The district
court's sentence was correct and further discussion is not
warranted.  We affirm.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.